# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:            CHAPTER 13
                                                  CASE NO. 10-60150-PJS

SARA LYNN KLOTZHUBER,      JUDGE PHILLIP J SHEFFERLY
Debtor.

_____/

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. The Trustee objects to the omission of a Payment Order pursuant to E. D. Mich. LBR 1007-1(c).

2. Trustee objects to an omitted Proof of Service for the Chapter 13 Plan.

3. Upon the completion of direct payments to BMW Financial, the debtor(s) will have additional funds to devote to payments into the Chapter 13 Plan through the Trustee thereby increasing the debtor's(s') best effort payments.

4. Trustee objects to debtor's failure to treat Cinnamon Pointe and Fitness 19 in the Chapter 13 Plan as these creditors are listed on Schedule G.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

                                   OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
                                   Krispen S. Carroll, Chapter 13 Trustee

August 17, 2010                /s/ Maria Gotsis
                                   KRISPEN S. CARROLL (P49817)
                                   MARGARET CONTI SCHMIDT (P42945)
                                   MARIA GOTSIS (P67107)
                                   719 Griswold Street
                                   1100 Dime Building
                                   Detroit, MI  48226
                                   (313) 962-5035
                                   notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                                CHAPTER 13
                                                 CASE NO. 10-60150-PJS
SARA LYNN KLOTZHUBER,                            JUDGE PHILLIP J SHEFFERLY
Debtor.
_____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

GREGORY L DODD ESQ
300 N HURON
YPSILANTI, MI  48197-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

SARA LYNN KLOTZHUBER
40500 CINNAMON CIRCLE
CANTON, MI  48187-4590


August 20, 2010            /s/ Barbara A. Ecclestone
                           Barbara A. Ecclestone
                           For the Office of the Chapter 13 Trustee-Detroit
                           719 Griswold Street
                           1100 Dime Building
                           Detroit, MI  48226
                           (313) 962-5035
                           notice@det13ksc.com